AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH <br><br> *Plaintiff(s)* <br> v. <br> NYP HOLDINGS, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-CV-06148 <br><br> Assigned Judge: Sharon Johnson Coleman <br> Designated Magistrate Judge: Gabriel A. Fuentes |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED
Northcliffe House
2 Derry Street LONDON, W8 5TT United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

January 14, 2022

_____

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH <br><br> *Plaintiff(s)* <br> v. <br> NYP HOLDINGS, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:21-CV-06148 <br><br> Assigned Judge: Sharon Johnson Coleman <br> Designated Magistrate Judge: Gabriel A. Fuentes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CBS Studios Inc.
4024 Radford Ave
Studio City, CA 91604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

January 14, 2022

_____
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH<br><br>*Plaintiff(s)*<br>v.<br>NYP HOLDINGS, INC., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-CV-06148<br>)<br>)  Assigned Judge: Sharon Johnson Coleman<br>)  Designated Magistrate Judge: Gabriel A. Fuentes<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FOX News Network, LLC
1211 Avenue of the Americas.
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 14, 2022

_____
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH <br><br> *Plaintiff(s)* <br><br> v. <br><br> NYP HOLDINGS, INC., et al. <br><br> *Defendant(s)* | Civil Action No. 1:21-CV-06148 <br><br> Assigned Judge: Sharon Johnson Coleman <br> Designated Magistrate Judge: Gabriel A. Fuentes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Inside Edition, Inc.
555 W 57th St #1300
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

January 14, 2022

_____

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH <br> *Plaintiff(s)* <br> v. <br> NYP HOLDINGS, INC., et al. <br> *Defendant(s)* | Civil Action No. 1:21-CV-06148 <br><br> Assigned Judge: Sharon Johnson Coleman <br> Designated Magistrate Judge: Gabriel A. Fuentes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Telepictures Productions, Inc.
3500 W Olive Ave
Burbank, CA 91505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 14, 2022

_____
DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| VIVEK SHAH <br> *Plaintiff(s)* <br> v. <br> NYP HOLDINGS, INC., et al. <br> *Defendant(s)* | Civil Action No. 1:21-CV-06148 <br><br> Assigned Judge: Sharon Johnson Coleman <br> Designated Magistrate Judge: Gabriel A. Fuentes |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Vox Media, LLC
1201 Connecticut Ave. NW
11th Floor
Washington, DC 20036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIVEK SHAH
236 WOBURN  LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 14, 2022
_____
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**Plaintiff / Petitioner:**
VIVEK SHAH, pro se

**Defendant / Respondent:**
NYP HOLDINGS, INC., ASSOCIATED NEWSPAPERS LIMITED, NEW YORK DAILY NEWS COMPANY, VOX MEDIA, LLC, THE SMOKING GUN, LTD., E! ENTERTAINMENT TELEVISION, LLC, THE ATLANTIC MONTHLY GROUP LLC, CBS STUDIOS, INC., INSIDE EDITION, INC., TELEPICTURES PRODUCTIONS, INC., ABC NEWS, INC., FOX NEWS NETWORK, LLC and DOES 1-100.

**AFFIDAVIT OF SERVICE**

Index No:
1:21-cv-06148

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at PO Box 582, Guilderland, NY 12084. That on Thu, Jan 20 2022 AT 12:55 PM AT 80 STATE STREET, ALBANY, NY 12207 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT on ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED via CSC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** ASSOCIATED NEWSPAPERS LIMITED, a defendant, therein named, by delivering a true copy of each to Jane Doe, Authorized Employee of CSC personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be an Authorized Agent thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55  Ethnicity: Caucasian  Gender: Female  Weight: 110
Height: 5'0"  Hair: Brown  Eyes: ___  Relationship: ___
Other: ___

Austin Taylor

Sworn to before me on 1/20/2022

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**Plaintiff / Petitioner:**
VIVEK SHAH, pro se

**Defendant / Respondent:**
NYP HOLDINGS, INC., ASSOCIATED NEWSPAPERS LIMITED, NEW YORK DAILY NEWS COMPANY, VOX MEDIA, LLC, THE SMOKING GUN, LTD., E! ENTERTAINMENT TELEVISION, LLC, THE ATLANTIC MONTHLY GROUP LLC, CBS STUDIOS, INC., INSIDE EDITION, INC., TELEPICTURES PRODUCTIONS, INC., ABC NEWS, INC., FOX NEWS NETWORK, LLC and DOES 1-100.

**AFFIDAVIT OF SERVICE**

Index No:
1:21-cv-06148

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at PO Box 582, Guilderland, NY 12084. That on Thu, Jan 20 2022 AT 12:55 PM AT 80 STATE STREET, ALBANY, NY 12207 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT on INSIDE EDITION, INC. via CSC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** INSIDE EDITION, INC., a defendant, therein named, by delivering a true copy of each to Jane Doe, Authorized Employee of CSC personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be an Authorized Agent thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55   Ethnicity: Caucasian   Gender: Female   Weight: 110
Height: 5'0"   Hair: Brown   Eyes: ____   Relationship: ____
Other

Austin Taylor

Sworn to before me on 1/20/2022

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified In Albany County
Commission Expires 09/26/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

---

**Plaintiff / Petitioner:**
VIVEK SHAH, pro se

**Defendant / Respondent:**
NYP HOLDINGS, INC., ASSOCIATED NEWSPAPERS LIMITED, NEW YORK DAILY NEWS COMPANY, VOX MEDIA, LLC, THE SMOKING GUN, LTD., E! ENTERTAINMENT TELEVISION, LLC, THE ATLANTIC MONTHLY GROUP LLC, CBS STUDIOS, INC., INSIDE EDITION, INC., TELEPICTURES PRODUCTIONS, INC., ABC NEWS, INC., FOX NEWS NETWORK, LLC and DOES 1-100.

**AFFIDAVIT OF SERVICE**

Index No:
1:21-cv-06148

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at PO Box 582, Guilderland, NY 12084. That on Thu, Jan 20 2022 AT 12:55 PM AT 80 STATE STREET, ALBANY, NY 12207 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT on CBS STUDIOS, INC. via CSC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** CBS STUDIOS, INC., a defendant, therein named, by delivering a true copy of each to Jane Doe, Authorized Employee of CSC personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be an Authorized Agent thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55  Ethnicity: Caucasian  Gender: Female  Weight: 110
Height: 5'0"  Hair: Brown  Eyes: ____  Relationship: ____
Other

Austin Taylor

Sworn to before me on 1/20/2022

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

---

**Plaintiff / Petitioner:**
VIVEK SHAH, pro se

**Defendant / Respondent:**
NYP HOLDINGS, INC., ASSOCIATED NEWSPAPERS LIMITED, NEW YORK DAILY NEWS COMPANY, VOX MEDIA, LLC, THE SMOKING GUN, LTD., E! ENTERTAINMENT TELEVISION, LLC, THE ATLANTIC MONTHLY GROUP LLC, CBS STUDIOS, INC., INSIDE EDITION, INC., TELEPICTURES PRODUCTIONS, INC., ABC NEWS, INC., FOX NEWS NETWORK, LLC and DOES 1-100.

**AFFIDAVIT OF SERVICE**

Index No:
1:21-cv-06148

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at PO Box 582, Guilderland, NY 12084. That on Thu, Jan 20 2022 AT 12:55 PM AT 80 STATE STREET, ALBANY, NY 12207 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT on VOX MEDIA, LLC via CSC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

- [X] **Corporation:** VOX MEDIA, LLC, a defendant, therein named, by delivering a true copy of each to Jane Doe, Authorized Employee of CSC personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be an Authorized Agent thereof.

- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55      Ethnicity: Caucasian      Gender: Female      Weight: 110
Height: 5'0"      Hair: Brown      Eyes: _____      Relationship: _____
Other

Austin Taylor

Sworn to before me on 1/20/2022

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires 09/28/2024

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS OF THE STATE OF NEW YORK COUNTY OF

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>VIVEK SHAH<br>**Defendant / Respondent:**<br>NYP HOLDINGS, INC., et al. | **AFFIDAVIT OF SERVICE**<br>Index No:<br>1:21-CV-06148 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 2851 Cropsey Ave Suite 130, Brooklyn, NY 11214 . That on Fri, Jan 21 2022 AT 02:20 PM AT 28 Liberty Plz, New York, NY 10005 deponent served the within Summons and Complaint on Telepictures Productions, Inc.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** NYP HOLDINGS, INC., et al. a defendant, therein named, by delivering a true copy of each to Kartik Pandya personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40  Ethnicity: Asian American  Gender: Male  Weight: 180
Height: 6'0"  Hair: Black  Eyes: Brown  Relationship: Intake Specialist
Other  Asian Indian American, 40, glasses, male, 6-0, 180, black hair

Joshua Lee
2095110-DCA

Sworn to before me on 1/22/22

Notary Public

ZAKIYYAH SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 2026

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS OF THE STATE OF NEW YORK COUNTY OF

**Plaintiff / Petitioner:**
VIVEK SHAH

**Defendant / Respondent:**
NYP HOLDINGS, INC., et al.

**AFFIDAVIT OF SERVICE**

Index No:
1:21-CV-06148

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 2851 Cropsey Ave Suite 130, Brooklyn, NY 11214. That on Fri, Jan 21 2022 AT 02:20 PM AT 28 Liberty Plz, New York, NY 10005 deponent served the within Summons and Complaint on Fox News Network, LLC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

- [X] **Corporation:** NYP HOLDINGS, INC., et al. a defendant, therein named, by delivering a true copy of each to Kartik Pandya personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof.

- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Asian American    Gender: Male    Weight: 180
Height: 6'0"    Hair: Black    Eyes: Brown    Relationship: Intake Specialist
Other: Asian Indian American, 40, glasses, male, 6-0, 180, black hair

Sworn to before me on 1/22/22

Joshua Lee
2095110-DCA

Notary Public

ZAKIYYAH SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 2026

# AFFIDAVIT OF SERVICE

| Case:<br>1:21-CV-06148 | Court:<br>UNITED STATES DISTRICT COURT for the Northern District of Illinois | County: | Job:<br>6591197 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VIVEK SHAH | | Defendant / Respondent:<br>NYP HOLDINGS, INC., et al. | |
| Received by:<br>Joshua Lee / Rush Ready Serve | | For:<br>VIVEK Shah | |
| To be served upon:<br>Fox News Network, LLC | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kartik Pandya , Company: 28 Liberty Plz, New York, NY 10005
**Manner of Service:** Authorized, Jan 21, 2022, 2:20 pm EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jan 21, 2022, 2:20 pm EST at Company: 28 Liberty Plz, New York, NY 10005 received by Kartik Pandya . Age: 40; Ethnicity: Asian American; Gender: Male; Weight: 180; Height: 6'0"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist; Other: Asian Indian American, 40, glasses, male, 6-0, 180, black hair;
Server was escorted to the 42nd floor, spoke with the intake specialist for CT Corp, and he accepted service.

Joshua Lee       Date 1/21/22
2095110-DCA

Joshua Lee / Rush Ready Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
6465526070

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 1/21/22      Commission Expires 12/2/26

ZAKIYYAH SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 2026

# AFFIDAVIT OF SERVICE

| Case:<br>1:21-CV-06148 | Court:<br>UNITED STATES DISTRICT COURT for the Northern District of Illinois | County: | Job:<br>6591185 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VIVEK SHAH | | Defendant / Respondent:<br>NYP HOLDINGS, INC., et al. | |
| Received by:<br>Joshua Lee / Rush Ready Serve | | For:<br>VIVEK Shah | |
| To be served upon:<br>Telepictures Productions, Inc. | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kartik Pandya, Company: 28 Liberty Plz, New York, NY 10005
**Manner of Service:** Authorized, Jan 21, 2022, 2:20 pm EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jan 21, 2022, 2:20 pm EST at Company: 28 Liberty Plz, New York, NY 10005 received by Kartik Pandya. Age: 40; Ethnicity: Asian American; Gender: Male; Weight: 180; Height: 6'0"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist; Other: Asian Indian American, 40, glasses, male, 6-0, 180, black hair;
Server was escorted to the 42nd floor, spoke with the intake specialist for CT Corp, and he accepted service.

Joshua Lee
2095110-DCA

Joshua Lee / Rush Ready Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
6465526070

Date 1/21/22

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 1/21/22   Commission Expires 12/2/26

ZAKIYYAH SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 2026