AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| VIVEK SHAH | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-CV-06148 |
| NY HOLDINGS, INC., et al. | ) | Assigned Judge: Sharon Johnson Coleman |
| | ) | Designated Magistrate Judge: Gabriel A. Fuentes |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NY Daily News Enterprises
4 New York Plaza
New York NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VIVEK SHAH
236 WOBURN LN
SCHAUMBURG, IL 60173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



January 14, 2022

_____

DATE

Civil Action No. 1:21-CV-06148

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NY DAILY NEWS ENTERPRISES, LLC**
was received by me on *(date)* **January 21, 2022**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Patrick Duffy, The Corporation Trust Co,** who is
designated by law to accept service of process on behalf of *(name of organization)* **NY Daily NEWS ENTERPRISES, LLC** on *(date)* **January 26, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ **0.00** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date: **02/03/2022**

_____
Server's signature

**Nicholas Coleman    Process Server**
Printed name and title

**PO Box 1466 Wilmington DE 19999**
Server's address

Additional information regarding attempted service, etc: