IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIVEK SHAH,<br><br>    Plaintiff,<br><br>v.<br><br>NYP HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-06148<br><br>Honorable Sharon Johnson Coleman<br><br>Magistrate Judge Gabriel A. Fuentes |

### MOTION TO ENTER FINAL JUDGMENT

The United States Court of Appeals for the Seventh Circuit has construed the leave granted to Plaintiff to file an amended complaint in this Court's Memorandum Opinion and Order (Doc. 64) as not being a final judgment. *See* Exhibit A. Plaintiff elects to not file an amended complaint in this action.

### CONCLUSION

For the foregoing reasons, this motion should be granted so that Plaintiff may proceed with the appeal in the appellate court.

Dated: January 24, 2023

Respectfully submitted,

/s/ Vivek Shah
Vivek Shah
236 Woburn Ln
Schaumburg, IL 60173