**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Vivek Shah
Plaintiff,
v.
NYP Holdings, Inc., et al.
Defendant.

Case No.: 1:21−cv−06148
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

MINUTE entry before the Honorable Sharon Johnson Coleman: In accordance with the Court's usual protocol for pro se plaintiffs, the Court gave Shah 30 days to amend his complaint. Nonetheless, Shah has filed a motion, explaining that he does not wish to amend his complaint and requesting that the Court dismiss his complaint with prejudice so that the Court's order is an appealable final judgment [69]. This Court will grant his motion and converts its 1/18/2023 Order [64] to a dismissal with prejudice. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.