# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Vivek Shah,

Plaintiff(s),

v.

NYP Holdings, Inc. et al,

Defendant(s).

Case No. 21 CV 6149
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) NYP Holdings, Inc., Associated Newspapers Limited, New York Daily News Company,Vox Media, LLC, The Smoking Gun, Ltd., E! Entertainment Television, LLC, The Atlantic Monthly Group LLC, CBS Studios, Inc., Inside Edition, Inc., Telepictures Productions, Inc., ABC News, Inc., FOX News Network, LLC
and against plaintiff(s) Vivek Shah.

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 1/25/2023 Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk